144 A.3d 709

**HARRIS**

v.

**HOUSING AUTHORITY OF BALTIMORE CITY**

**Pet. Docket No. 207, Sept. Term, 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

■

144 A.3d 709

**JOHNSON, Phillip**

v.

**STATE of Maryland**

**Pet. Docket No. 212, Sept. Term, 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.